UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCO HUDSON, <br><br>　　　　Plaintiff, <br>　v. <br><br>JOHNATHAN CAGALAWAN, <br><br>　　　　Defendant. | No. CV 09-326 SJO (FFM) <br><br>ORDER FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE |

　　　　On January 21, 2009, Marco Hudson (hereinafter "Plaintiff") initiated this action by filing a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (hereinafter "Complaint").  On April 15, 2009, the Court dismissed the Complaint with leave to amend.  Plaintiff filed a First Amended Complaint on July 16, 2009.

　　　　The Court thereafter issued an order permitting service of process on the sole remaining defendant, J. Cagalawan ("Defendant").  Defendant filed a motion to dismiss the First Amended Complaint for a variety of reasons, including Plaintiff's alleged failure to exhaust any of his claim.  Plaintiff now has filed a request to dismiss this action without prejudice voluntarily.

　　　　The Court construes Plaintiff's request to constitute notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Because Defendant has not filed an answer to the Complaint or a motion for summary judgment, the notice is sufficient in and of itself to dismiss the action without further order of this Court.

1  IT IS THEREFORE ORDERED that this action is hereby dismissed
2  without prejudice.

4  DATED: August 31, 2010

*S. James Otero* (signature)

_____
S. JAMES OTERO
United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM 
   FREDERICK F. MUMM
 United States Magistrate Judge