UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCO HUDSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHAN CAGALAWAN,<br><br>　　　　　　Defendant. | NO. CV 09-326 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order for Dismissal of First Amended Complaint Without Prejudice,

IT IS ADJUDGED that the First Amended Complaint is dismissed without prejudice.

DATED: August 31, 2010

*S. James Otero*

─────────────────────────
S. JAMES OTERO
United States District Judge